UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ABDULLAH ABDULLA MOHAMMAD
aka ROBERTO S. EAVES,

                Plaintiff,

  -against-

VA ROOMING HOUSE, U.S. DEPARTMENT
OF VETERANS AFFAIRS, FEDERAL BUREAU
OF INVESTIGATION, and NEW YORK CITY
TRANSIT AUTHORITY,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
07-CV-3796 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 20 2008 ★

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 15, 2008, granting defendants' motions to dismiss; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motions to dismiss are granted.

Dated: Brooklyn, New York
         February 19, 2008

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court